UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Joel Terreh

Case No. 15mj175-01-AJ

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DEC 21 2015

FILED

**WAIVER OF PRELIMINARY/PROBABLE CAUSE HEARING AND/OR
WAIVER OF DETENTION HEARING AND STIPULATION TO DETENTION**

I. WAIVER OF PRELIMINARY/PROBABLE CAUSE HEARING

[✓]  Having been charged in a (complaint) (supervised release petition) pending in this District, I hereby waive my right to a preliminary hearing as provided in Fed.R.Crim.P. 5.1 and Fed.R.Crim.P. 32.1(b)(1).

OR

[ ]  Having been charged with a violation of conditions of release, I hereby waive my right to a hearing, as provided in U.S.C. § 3148(b), to determine whether there is (a) probable cause to believe I committed a federal, state, or local crime while on release, or (b) clear and convincing evidence that I violated any other condition of release.

II. WAIVER OF DETENTION HEARING AND STIPULATION TO DETENTION

[✓]  I hereby stipulate to detention and waive my right to a detention hearing, without prejudice, as provided in:

✓  8 U.S.C. § 3142(f), pending trial**
___ Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing
___ 18 U.S.C. § 3148(a)-(b), revocation of release/pending final supervised release hearing or trial**
___ Fed.R.Crim.P. 46(c) and 18 U.S.C. § 3143, pending sentence

Date: 12/21/15

_____
Defendant

Date: 12/21/15

_____
Counsel for Defendant

STIPULATION APPROVED.

Date: 12/21/2015

Audrea K. Mishue
United States Magistrate Judge
~~United States District Judge~~

cc:   US Attorney
      US Marshal
      US Probation
      Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31A (10-12)