AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 DEC 18 PM 4 35

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| v. | ) |
|   | ) Case No. 15-mj-175-01-AJ |
|   | ) |
| JOEL A. TETTEH | ) |
|   | ) |
| Defendant | |

2015 DEC 21 P 2: [?]
U.S. DISTRICT COURT
DISTRICT OF NH
FILED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JOEL A. TETTEH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Providing False Information to a Firearms Dealer; Conspiracy to Smuggle Goods from the United States

Date: 12/18/2015

*Issuing officer's signature*
Andrea K. Johnstone
U.S. Magistrate Judge

City and state:   Concord, New Hampshire

*Printed name and title*

### Return

This warrant was received on (date) 12-18-15, and the person was arrested on (date) 12-21-15
at (city and state) Worcester, MA.

Date: 12-21-15

*Arresting officer's signature*

John Cook   ATF
*Printed name and title*