UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 15-MJ-000175-AJ |
| ) | |
| JOEL TETTEH ) | |
| ) | |

**COUNSEL'S MOTION TO WITHDRAW AND APPOINT NEW COUNSEL**

Counsel for the defendant requests that this Court issue an Order permitting him to withdraw, and further appointing new counsel as soon as possible. Grounds follow:

Undersigned counsel was appointed to represent the defendant on December 22, 2015.

On December 29, 2015 counsel met with the defendant and learned that he will no longer be able to represent the defendant because of a conflict of interest. Counsel therefore requests that the court permit him to withdraw as counsel of record and appoint new counsel as soon as possible.

Counsel has not sought concurrence because of the nature of the relief requested.

No memorandum of law is necessary for the resolution of the issues raised herein.

WHEREFORE counsel for the defendant requests that this Court issue an Order permitting him to withdraw, and further appointing new counsel as soon as possible.

    Respectfully submitted,
    Joel Tetteh
    By His Attorney,

1

| | |
|---|---|
| Date: January 5, 2016 | /s/ Jonathan R. Saxe |
| | Jonathan R.Saxe |
| | N.H. Bar No. 8226 |
| | Assistant Federal Defender |
| | Federal Defender Office |
| | 22 Bridge Street |
| | Concord, NH 03301 |
| | Tel. (603) 226-7360 |
| | E-mail: jonathan_saxe@fd.org |

**CERTIFICATE OF SERVICE**

     I hereby certify that the above document was served to all counsel of record on January 5, 2016 and in the manner specified herein: by ECF.

                                                                         /s/ Jonathan R. Saxe
                                                                         Jonathan R. Saxe
                                                                         N.H. Bar No. 8226
                                                                          Assistant Federal Defender
                                                                          Federal Defender Office
                                                                          22 Bridge Street
                                                                          Concord, NH 03301
                                                                          Tel. (603) 226-7360
                                                                          E-mail: jonathan_saxe@fd.org