USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>JOEL A. TETTEH<br>*Defendant* | )<br>)<br>) Case No. 1:15-mj-00175-AJ<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOEL A. TETTEH

Date:   01/08/2016

*Attorney's signature*

Paul J. Garrity  # 905
*Printed name and bar number*

14 Londonderry Road
Londonderry, NH 03053

*Address*

garritylaw@myfairpoint.net
*E-mail address*

(603) 434-4106
*Telephone number*

(603) 437-6472
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:


Conventionally Served:


1/8/16
Date

[signature]
Signature