USA v. Joel Tetteh
15mj175-AJ

I, Joel Tetteh, hereby waive my right to a speedy trial.

*[signature]*
Joel Tetteh
2/6/16

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2016 FEB -8 P 12:39