UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                        DOCKET NO. 15-mj-00175-AJ-1

JOEL A. TETTEH

MOTION FOR DETENTION HEARING

NOW COMES the accused, Joel Tetteh, by and through counsel, Paul J. Garrity, and hereby moves this Court to schedule a Detention Hearing.

In support of this Motion, the accused states as follows:

1. The accused stands charged with Providing False Information to a Firearms Dealer and Conspiracy to Smuggle Goods from the United States.

2. The accused, at his initial appearance, stipulated to detention, without prejudice.

3. The accused is requesting to schedule a detention hearing.

4. The Government does not object to scheduling a Detention Hearing but the Government does object to the accused's release.

WHEREFORE, the accused respectfully requests that this Court grant his Motion and schedule a Detention Hearing.

                                        Respectfully submitted
                                        Stephan Peno,
                                        By his Attorney,


Date:  February 11, 2016                /s/ Paul J. Garrity
                                        Paul J. Garrity
                                        Bar No. 905
                                        14 Londonderry Road
                                        Londonderry, NH 03053
                                        603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 11th day of February, 2016, a copy of the within Motion was mailed to Assistant US Attorney John Farley, US Attorney's office of NH, and to Joel Tetteh.

/s/ Paul J. Garrity
Paul J. Garrity